IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TONIA DIXON,** | : | |
| **Plaintiff,** | : | |
| v. | : | C.A. No. 08-085 |
| **NEW CASTLE COUNTY** | : | |
| **Defendant .** | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ralph E. Lamar, IV, Esq. to represent plaintiff, Tonia Dixon in this case.

                    Respectfully Submitted,

                    **THE NEUBERGER FIRM, P.A.**

                    /s/ Stephen J. Neuberger
                    **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                    Two East Seventh Street, Suite 302
                    Wilmington, Delaware 19801
                    (302) 655-0582
                    SJN@NeubergerLaw.com

Dated: February 19, 2008          Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TONIA DIXON,** | : | |
| **Plaintiff,** | : | |
| v. | : | C.A. No. 08-085 |
| **NEW CASTLE COUNTY** | : | |
| **Defendant.** | : | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the motion for admission *pro hac vice* of Ralph Lamar, Esq. is granted.

Date: _____    _____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TONIA DIXON, | : |
| Plaintiff, | : |
| v. | : C.A. No. 08-085 |
| NEW CASTLE COUNTY | : |
| Defendant. | : |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*(signature)*
RALPH E. LAMAR, IV, ESQ.
141 Spruce Lane
Collegeville, PA 19426
(610) 831-5181
(610) 831-0680 facsimile
ralph.lamar@verizon.net

Dated: February 15, 2008