IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TONIA DIXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 08-CV-85-SLR |
| | ) |
| | ) |
| NEW CASTLE COUNTY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR EXTENSION OF TIME

The parties, by and through their attorneys, hereby stipulate and agree to an extension of 30 days for Defendant New Castle County to file an Answer in the above captioned matter. Therefore, Defendant New Castle County will file a response on or before May 24, 2008.

__/s/ Ralph E. Lamar__
Ralph E. Lamar, IV, Esquire
141 Spruce Lane
Collegeville, PA 19426

__/s/ Stephen J. Neuberger__
Stephen J. Neuberger (#4440)
The Neuberger Firm
2 E. 7th Street, Suite 302
Wilmington, DE 19801
302-655-0582

__/s/ Eric Leonard Episcopo__
Eric Leonard Episcopo (#2258), Esquire
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
302-395-5130

Dated: April 23, 2008

It Is SO ORDERED this _____ day of _____, 2008.

_____
J.