IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TONIA DIXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 08-CV-85-SLR |
| | ) |
| | ) |
| NEW CASTLE COUNTY, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Eric Leonard Episcopo, Esquire, hereby certify that on the 23th day of May, 2008, I caused two (2) copies of the foregoing Defendant New Castle County's Answer to Plaintiff's Complaint to be served via email upon the following person and email address:

Ralph E. Lamar, IV, Esquire
ralph.lamar@verizon.net

NEW CASTLE COUNTY LAW DEPARTMENT

/s/ Eric Leonard Episcopo
Eric Leonard Episcopo (# 2258)
First Assistant County Attorney
87 Reads Way
New Castle, DE 19720

Dated: May 23, 2008