# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

THOMAS S. NEUBERGER, ESQUIRE  
STEPHEN J. NEUBERGER, ESQUIRE  
RAEANN WARNER, ESQUIRE  

WWW.NEUBERGERLAW.COM  
EMAIL: INFO@NEUBERGERLAW.COM  

PHONE: (302) 655-0582  
FAX: (302) 655-9329  

June 30, 2008

**Lexis-Nexis File & Serve**

The Honorable Sue L. Robinson  
J. Caleb Boggs Federal Building  
Room 6124  
Lockbox 31  
Wilmington, DE 19801  

RE: **Dixon v. New Castle County**, C.A.No. 08-CV-85 (SLR)

Dear Judge Robinson:

I write in reference to the proposed Rule 16 Scheduling Order, which is due today.

Plaintiff initially sent a proposed Rule 16 scheduling order to the defense on Thursday June 26, 2008. However, due to illness and 'end of the year fiscal emergencies' within New Castle County government, the defense has not yet been able to respond to plaintiff's proposal. Accordingly, I submit the attached proposed order on behalf of plaintiff only.

I am at the Court's disposal to address these matters further.

Respectfully Submitted,

/s/ Stephen J. Neuberger

cc:   Ralph Lamar, Esquire (via File & Serve)  
      Julie Sebring, Esquire (via File & Serve)

Dixon / Letters / Judge Robinson.01.wpd