# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE
RAEANN WARNER, ESQUIRE

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

PHONE: (302) 655-0582
FAX: (302) 655-9329

June 30, 2008                                                                                                           **Via CM/ECF**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
Room 6124
Lockbox 31
Wilmington, DE 19801

RE:     **Dixon v. New Castle County**, C.A.No. 08-CV-85 (SLR)

Dear Judge Robinson:

I write to follow up on my letter of earlier today, in reference to the proposed Rule 16 Scheduling Order, which is due today.

Defense counsel and I have conferred and now jointly submit the proposed Rule 16 Scheduling Order which is electronically linked to this letter. The parties are in agreement on all of the relevant dates. The Court may wish to disregard my earlier letter.

I am at the Court's disposal to address these matters further.

Respectfully Submitted,

/s/ Stephen J. Neuberger


cc:     Ralph Lamar, Esquire (via e-mail)
        Julie Sebring, Esquire (via CM/ECF and e-mail)

Dixon / Letters / Judge Robinson.02.wpd