# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

TONIA DIXON,                              :
                                         :
     Plaintiff,                         :
v.                                       :   Civ. No. 08-85 SLR
                                         :
NEW CASTLE COUNTY,                       :
                                         :
     Defendant.                         :

## SUBSTITUTION OF COUNSEL

Please substitute the appearance of Julie M. Sebring, Assistant County Attorney, for that of Eric L. Episcopo, First Assistant County Attorney, as counsel of record for Defendant New Castle County.


**NEW CASTLE COUNTY**              **NEW CASTLE COUNTY**
**OFFICE OF LAW**                  **OFFICE OF LAW**

*/s/ Eric L. Episcopo*              */s/ Julie M. Sebring*
_____        _____
Eric L. Episcopo – DE Bar ID# 2258   Julie M. Sebring – DE Bar ID#2259
First Assistant County Attorney     Assistant County Attorney
New Castle County Government Center  New Castle County Government Center
87 Read's Way                       87 Read's Way
New Castle, DE  19720               New Castle, DE  19720
(302) 395-5130                      (302) 395-5130


Dated:  July 1, 2008

## CERTIFICATE OF SERVICE

I, Julie M. Sebring, Esquire, hereby certify that on this __1$\underline{st}$__ day of July, 2008, I have caused copies of the foregoing Substitution of Counsel to be delivered via Lexis Nexis Electronic Filing to the following:

> Stephen J. Neuberger, Esquire
> The Neuberger Firm, PA
> 2 East 7th Street, Suite 302
> Wilmington, DE  19801
> Attorney for Plaintiff

> **NEW CASTLE COUNTY**
> **OFFICE OF LAW**
>
> ***/s/  Julie M. Sebring***
> _____
> Julie M. Sebring – DE Bar ID# 2259
> Assistant County Attorney
> New Castle County Government Center
> 87 Read's Way
> New Castle, DE  19720
> (302) 395-5130