# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Tonia Dixon,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | C.A.No. 08-CV-85 SLR |
| : | |
| **New Castle County** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SERVICE

    I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on July 9, 2008 I caused to be served **Plaintiff's Initial Discovery Requests** and **Plaintiff's Initial Rule 26 Disclosure** to be served today via e-mail upon counsel for Defendant at the address listed below:

        Julie M. Sebring
        Assistant County Attorney
        New Castle County Office of Law
        87 Read's Way
        New Castle, DE 19720
        jmsebring@nccde.org

        Respectfully Submitted,

        **THE NEUBERGER FIRM, P.A.**

        /s/ Stephen J. Neuberger
        **STEPHEN J. NEUBERGER, ESQ. (#4440)**
        Two East Seventh Street, Suite 302
        Wilmington, Delaware 19801
        (302) 655-0582
Dated: July 9, 2008        SJN@NeubergerLaw.com