IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TONIA DIXON, | : |
| | : |
| Plaintiff, | : |
| v. | : Civ. No. 08-CV-85-SLR |
| | : |
| NEW CASTLE COUNTY, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Julie M. Sebring, Esquire, hereby certify that on the  11th  day of July, 2008, I caused copies of Defendant's Initial Rule 26 Disclosures to be delivered via email and/or First Class U.S. Mail to the following:

>Stephen J. Neuberger, Esquire
>The Neuberger Firm, PA
>2 East 7th Street, Suite 302
>Wilmington, DE  19801
>
>Ralph E. Lamar, IV, Esquire
>141 Spruce Lane
>Collegeville, PA  19426
>Attorneys for Plaintiff

**NEW CASTLE COUNTY**
**OFFICE OF LAW**

*/s/  Julie M. Sebring*

---
Julie M. Sebring – DE Bar ID# 2259
Assistant County Attorney
New Castle County Government Center
87 Read's Way
New Castle, DE  19720
(302) 395-5130