# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TONIA DIXON, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 08-CV-85-SLR |
| | : | |
| NEW CASTLE COUNTY, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Julie M. Sebring, Esquire, hereby certify that on the __4th__ day of September, 2008, I have caused copies of Defendant's Responses to Plaintiff's First Request for Admissions, First Continuing Interrogatories and First Request for Production of Documents, to be delivered via Electronic Filing to the following:

>Stephen J. Neuberger, Esquire
>The Neuberger Firm, PA
>2 East 7th Street, Suite 302
>Wilmington, DE  19801
>
>Ralph E. Lamar, IV, Esquire
>141 Spruce Lane
>Collegeville, PA  19426
>Attorneys for Plaintiff

**NEW CASTLE COUNTY**
**OFFICE OF LAW**

*/s/  Julie M. Sebring*

---

Julie M. Sebring – DE Bar ID# 2259
Assistant County Attorney
New Castle County Government Center
87 Read's Way
New Castle, DE  19720
(302) 395-5130